UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DOCKET NUMBER

3:16-cv-00487-AWT

RACHEL DEDMON

V                                              APRIL 23, 2016

NAVIENT SOLUTIONS, INC.

FIRST AMENDED COMPLAINT

COUNT I - TELEPHONE CONSUMER PROTECTION ACT
47 USC 227

1. Rachel Dedmon lives in Waterbury, Connecticut.

2. Ms. Dedmon received numerous phone calls from Navient Solutions, Inc.

3. Said phone calls were made using an automatic dialing system.

4. Ms. Dedmon has no business relationship with Navient Solutions, Inc..

5. The phone calls were made to the cell phone number of Ms. Dedmon.

6. In excess of 50 automated calls were made to the cell phone number.

7. The calls are forwarded to an answering service paid for by Ms.Dedmon. As a result, Ms. Dedmon incurred charges for said calls.

8. The phone calls resulted in emotional distress to Ms. Dedmon.

9. The plaintiff has been harmed

COUNT II – UNFAIR TRADE PRACTICES  ACT – CONSUMER CREDITOR COLLECTION PRACTICES ACT – CGS 36A-645 et seq.

1. Paragraphs 1 to 9 of Count I are hereby reallaged.

2. Said phone calls were made in regard to an alleged debt.

3. Ms. Dedmon contacted the defendant, in an attempt to stop the harassing and annoying phone calls.

4. Despite contact by Ms. Demon, the defendant continued to make calls to Ms. Dedmon's cell phone numbers.

    COUNT III – UNFAIR TRADE PRACTICES – CGS 42-110a et seq.

1. Paragraphs 1 to 4 of Count II are hereby realleged

2. The actions of the defendant constitute unfair trade practices.

    THE PLAINTIFF

    BY /s/ ROBERT M. SINGER, ESQ.
    HER ATTORNEY
    2572 Whitney Avenue
    Hamden, CT  06518
    203-248-8278
    Fed Bar #08696

WHEREFORE THE PLAINTIFF CLAIMS

1. Money Damages

2. Damages as provided by 27 USC 227 (b)(3)(B) - $500 per violation

3. Damages of $1,500 per violation, for willful or knowing violation, as provided by 27 USC 227 (b)(3)

4. Attorney's fees and costs, as provided by CGS 42-110g.

5. Such other relief as to equity and law may apply

                THE PLAINTIFF


                BY /s/  ROBERT M. SINGER, ESQ.
                HER ATTORNEY
                2572 Whitney Avenue
                Hamden, CT  06518
                203-248-8278
                Fed Bar #08696

## DEMAND FOR RELIEF

The amount, legal interest or property in demand is greater than FIFTEEN THOUSAND AND NO/100 DOLLARS ($15,000) exclusive of interest and costs.

Dated at Hamden, CT this 23rd Day of April, 2016

                THE PLAINTIFF

                BY /s/ ROBERT M. SINGER, ESQ.
                HER ATTORNEY
                2572 Whitney Avenue
                Hamden, CT  06518
                203-248-8278
                Fed Bar #08696

DEMAND FOR TRIAL BY JURY

The plaintiff, pursuant to FRCP 38, hereby demands a trial by jury.

                                THE PLAINTIFF

                                BY /s/  ROBERT M. SINGER, ESQ.
                                HER ATTORNEY
                                2572 Whitney Avenue
                                Hamden, CT  06518
                                203-248-8278

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically through the Court's Electronic Filing System ("ECF") and email notification was sent to all parties. Parties unable to receive notifications through the Court's ECF system were sent copies by regular U.S. mail on this 23rd day of April, 2016.

THE PLAINTIFF

BY /s/  ROBERT M. SINGER, ESQ.
HER ATTORNEY
2572 Whitney Avenue
Hamden, CT  06518
203-248-8278
Fed Bar #08696